UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ECHJAY FORGINGS PRIVATE LIMITED, HILTON METAL FORGING LIMITED, JAI AUTO PVT LTD, GOODLUCK INDIA LIMITED, JAY JAGDAMBA FORGINGS PRIVATE LIMITED, JAI JAGDAMBA LIMITED, JAY JAGDAMBA PROFILE PRIVATE LIMITED, SHREE JAY JAGDAMBA FLANGES PVT. LTD, BALKRISHNA STEEL FORGE PVT. LTD, PRADEEP METALS LIMITED, AND BEBITZ FLANGES WORKS PRIVATE LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Court No. 21-00542<br>**SUMMONS** |

**TO:** The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

*/s/ Mario Toscano*
Clerk of the Court

**Name and Standing of Plaintiffs**

Plaintiffs in this action – i.e., Echjay Forgings Private Limited (Echjay Forgings Private Ltd), Hilton Metal Forging Limited, Jai Auto Pvt. Ltd, Goodluck India Limited (Goodluck India Ltd), Jay Jagdamba Forgings Private Limited, Jai Jagdamba Limited (Jai Jagdamba Ltd.), Jay Jagdamba Profile Private Limited, Shree Jay Jagdamba Flanges Pvt. Ltd, Balkrishna Steel Forge Pvt. Ltd, Pradeep Metals Limited (Pradeep Metals Ltd), Bebitz Flanges Works Private Limited -- are all producers and exporters of certain stainless steel flanges (the "subject merchandise") from India. Plaintiffs are all an interested party within the meaning of 19 U.S.C. § 1677(9)(A). All were parties who actively participated in the U.S. Department of Commerce's 2018-2019 administrative review, as "all other" respondents, which resulted in the contested determination, Plaintiffs have standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

**Brief Description of Contested Determination**

Plaintiffs contest the U.S. Department of Commerce's Final Results of the 2018-2019 Administrative Review in *Stainless Steel Flanges from India.* These results are reviewable pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(1) & (B)(iii), and 28 U.S.C. § 1581(c). This summons is being filed within 30 days of the publication in the Federal Register of the Final Results of the administrative review, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i).

**Date of Review Determination**

The contested final results were issued by the U.S. Department of Commerce on August 20, 2021.

**Date of Publication of Notice of Contested Determination**

Notice of the U.S. Department of Commerce's Final Results of the 2018-2019 Administrative Review in *Stainless Steel Flanges from India* was published in the Federal Register at 86 Fed. Reg. 47619 (Aug. 26, 2021).

*Peter Koenig* (signature)

---

Peter Koenig
Squire Patton Boggs
2550 M Street NW
Washington DC 20036
Peter.koenig@squirepb.com
202 669 1901
Counsel to Plaintiffs

Dated: September 24, 2021

**SERVICE OF SUMMONS BY THE CLERK**

This action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended. This action is thus commenced by filing a summons, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Office of Chief Counsel for Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Ave., NW, Room 3627
Washington, DC 20230

Evangeline Keenan
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Ave., NW
Room 1874
Washington, DC 20230

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

## CERTIFICATE OF SERVICE

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on September 24, 2021, copies of Plaintiffs' Summons were served on the following parties by certified mail, return receipt requested:

| | |
|---|---|
| Office of Chief Counsel for Trade Enforcement & Compliance U.S. Department of Commerce 1401 Constitution Avenue, NW Room 3627 Washington, DC 20230-0001 | Duane Layton Mayer Brown LLP 1999 K Street NW Washington DC 20006 |
| Dhanish Doshi Echjay Forgings Private Limited 603-604, Raheja Chambers 213 Backbay Reclamation Nariman Point, Mumbai Maharashta, India | Daniel B. Pickard, Esq. Representative of Coalition of American Flange Producers and its individual members: Core Pipe Products, Inc. and Maass Flange Corporation Wiley Rein LLP 1776 K Street, NW Washington, DC 20006 |
| Yuvraj Malhotra Hilton Metal Forging Limited 701, Palmspring, Palmcourt Complex Link Road, Malad - West Mumbai - 400064 Maharashtra, India | Arpit Bhargava Representative of Chandan Steel Limited SBA Strategy Consulting LLP 1 "Vishwa Shila" Pareek College Road Bani Park Jaipur - 302016 India |
| Akansha Garg Chandan SBA Strategy Consulting LLP 50, First Floor, Dhuleshwar Garden, Jaipur, Rajasthan (India)- 302001 | Peter Koenig, Esq. Representative of Bebitz Flanges Works Private Limited Squire Patton Boggs (US) LLP 2550 M Street, NW Suite 300 Washington, DC 20036 |

*/s/ Peter Koenig*

Peter Koenig