## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ECHJAY FORGINGS PRIVATE LIMITED, HILTON METAL FORGING LIMITED, JAI AUTO PVT LTD, GOODLUCK INDIA LIMITED, JAY JAGDAMBA FORGINGS PRIVATE LIMITED, JAI JAGDAMBA LIMITED, JAY JAGDAMBA PROFILE PRIVATE LIMITED, SHREE JAY JAGDAMBA FLANGES PVT. LTD, BALKRISHNA STEEL FORGE PVT. LTD, PRADEEP METALS LIMITED, AND BEBITZ FLANGES WORKS PRIVATE LIMITED<br><br>                Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Court No. 21-00542<br>**COMPLAINT** |

### **COMPLAINT**

      Plaintiffs in this action – i.e., Echjay Forgings Private Limited (Echjay Forgings Private Ltd), Hilton Metal Forging Limited, Jai Auto Pvt. Ltd, Goodluck India Limited (Goodluck India Ltd), Jay Jagdamba Forgings Private Limited, Jai Jagdamba Limited (Jai Jagdamba Ltd.), Jay Jagdamba Profile Private Limited, Shree Jay Jagdamba Flanges Pvt. Ltd, Balkrishna Steel Forge Pvt. Ltd, Pradeep Metals Limited  (Pradeep Metals Ltd), Bebitz Flanges Works Private Limited -- state as follows:

      1.      Plaintiffs seek judicial review of the final results of the first administrative review of the antidumping duty order on stainless steel flanges from India, covering the period March 28, 2018, to September 30, 2019, issued by the U.S. Department of Commerce ("Commerce"). *See Stainless Steel Flanges from India: Final Results of Antidumping Duty Administrative Review; 2018-2019,* 86 Fed. Reg. 47619 (Aug. 26, 2021) *("Final Results"),* and the accompanying Issues and Decision Memorandum (Aug. 20, 2021).

**JURISDICTION**

2. Plaintiff brings this action pursuant to section 516A(a)(2)(i)(1) of the Tariff Act of 1930, as amended (the "Tariff Act"), 19 U.S.C. § 1516a(a)(2)(A)(i)( I ), to examine a periodic review determination by Commerce, described in section 516A(a)(2)(B)(iii) of the Tariff Act, 19 U.S.C. § 1516a(a)(2)(B)(iii). This Court has subject-matter jurisdiction by reason of 28 U.S.C. § 1581(c).

**STANDING**

3. All Plaintiffs are foreign producers and exporters of stainless steel flanges, the subject merchandise at issue in this action. Therefore, Plaintiffs are each an "interested party" within the meaning of Section 771(9)(A) of the Tariff Act, 19 U.S.C. § 1677(9)(A).

4. All Plaintiffs participated in the underlying proceeding giving rise to this action and, therefore, are a "party to the proceeding in connection with which the matter arises" under 19 U.S.C. § 1516a(a)(2)(A).

5. As an interested party who was a party to the underlying proceeding, each Plaintiff has standing to commence this action pursuant to section 516A(d) of the Tariff Act, and 28 U.S.C. § 2631(c), and (k)(1).

**TIMELINESS OF THE ACTION**

6. Commerce published notice of the contested *Final Results* in the Federal Register on August 26, 2021. Accordingly, this action has been commenced within the period specified in 19 U.S.C. §§ 1516a(a)(2)(A) and Rule 3(b)(2) of this Court's rules as to the prior filing of the summons and now the complaint..

**PROCEDURAL HISTORY**

7. The procedural history is stated in the *Final Results*.

**STATEMENT OF CLAIMS**

**COUNT ONE**

8. Commerce's determination of the "all other" rate was not supported by substantial evidence and otherwise not in accordance with law, including but not limited to use of the adverse facts Chandan rate for the "all other" rate.

**COUNT TWO**

9. Commerce's failure to calculate a dumping margin for Chandan based on Chandan's own information and  instead use of adverse facts was not supported by substantial evidence and otherwise not in accordance with law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully requests that this Court

(1)  hold that the *Final Results* arc unsupported by substantial evidence and are otherwise not in accordance with law;

(2)  remand this matter to Commerce for disposition consistent with the final order of this Court; and

(3)  provide such other relief as this Court deems just and proper;

Respectfully submitted,

*/s/ Peter Koenig*

Peter Koenig
Squire Patton Boggs
2550 M Street NW
Washington DC 20036
202 669 1901; peter.koenig@squirepb.com

Dated: October 23, 2021

3

**CERTIFICATE OF SERVICE**

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), 1 hereby certify that on October 23, 2021, copies of Plaintiffs' Complaint will be served on the following parties by certified mail, return receipt requested:

Office of Chief Counsel for Trade
Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue, NW
Room 3627
Washington, DC 20230-0001

Dhanish Doshi
Echjay Forgings Private Limited
603-604, Raheja Chambers
213 Backbay Reclamation
Nariman Point, Mumbai
Maharashta, India

Yuvraj Malhotra
Hilton Metal Forging Limited
701, Palmspring, Palmcourt Complex
Link Road, Malad - West
Mumbai - 400064
Maharashtra, India

Akansha Garg
Chandan
SBA Strategy Consulting LLP
50, First Floor, Dhuleshwar Garden, Jaipur,
Rajasthan (India)- 302001

Daniel B. Pickard, Esq.
Representative of Coalition of American
Flange Producers and its individual members:
Core Pipe Products, Inc. and Maass Flange
Corporation
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006

Arpit Bhargava
Representative of Chandan Steel Limited
SBA Strategy Consulting LLP
1 "Vishwa Shila"
Pareek College Road
Bani Park Jaipur - 302016
India

          */s/ Peter Koenig*
Peter Koenig