UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| KISAAN DIE TECH PRIVATE LIMITED et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Consol. Court No. 21-00512 |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) ) |

STIPULATION FOR ENTRY OF JUDGMENT

The plaintiffs in Case Nos. 21-00512 and 21-00542 – namely, Kisaan Die Tech Private Limited, Echjay Forgings Private Limited, Hilton Metal Forging Limited, Jai Auto Pvt. Ltd., Goodluck India Limited, Jay Jagdamba Forgings Private Limited, Jay Jagdamba Limited, Jay Jagdamba Profile Private Limited, Shree Jay Jagdamba Flanges Pvt. Ltd., Balkrishna Steel Forge Pvt. Ltd, Pradeep Metals Limited, and Bebitz Flanges Works Private Limited (collectively, plaintiffs) – and defendant, the United States, inform the Court that they have reached a settlement of the claims in these cases.

Pursuant to the terms of the settlement, the Department of Commerce (Commerce) has agreed that: (1) within 10 days of entry of judgment in accordance with this Stipulation For Entry Of Judgment, Commerce shall issue for publication in the *Federal Register* amended final results of the administrative review, setting plaintiffs' weighted-average dumping margin as follows for the period of review:

1. Kisaan Die Tech Private Limited: 4.13 percent;

2. Echjay Forgings Private Limited: 1.70 percent;

   3.   Bebitz Flanges Works Private Limited: 74.30 percent;

   4.   Hilton Metal Forging Limited, Jai Auto Pvt. Ltd., Goodluck India Limited, Jay Jagdamba Forgings Private Limited, Jay Jagdamba Limited, Jay Jagdamba Profile Private Limited, Shree Jay Jagdamba Flanges Pvt. Ltd., Balkrishna Steel Forge Pvt. Ltd, Pradeep Metals Limited: 5.20 percent.

Commerce has further agreed that that within 15 days following Federal Register publication of Commerce's amended final results of the administrative review (that is, within 25 days of entry of judgment in accordance with the Stipulation For Entry Of Judgment dissolving the injunctions currently prohibiting the liquidation of entries produced and/or exported by plaintiffs during the review period), and in accordance with the amended final results of the administrative review, Commerce will issue instructions to U.S. Customs and Border Protection (CBP), in a form that has been agreed upon by Commerce and plaintiffs, to liquidate entries produced and/or exported by plaintiffs at the assessment rates specified herein.

Accordingly, the respective parties to Case Nos. 21-00512 and 21-00542 respectfully request that the Court enter judgment pursuant to the terms set forth in the attached Order Of Judgment By Stipulation. This dismissal shall have no impact on the action filed by consolidated-plaintiff Chandan Steel Limited under Court No. 21-00540, which was consolidated with plaintiff Kisaan Die Tech Private Limited's case under Consol. Court No. 21-00512. Pursuant to the attached proposed order, Case No. 21-00540 shall be deconsolidated and all pertinent filings in Consol. Court No. 21-00512 should be deemed filed in Court No. 21-00540.

Respectfully submitted,

*Counsel for Plaintiff Kisaan Die Tech Private Limited:*

/s/ Duane W. Layton
DUANE W. LAYTON
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3811
Email: dlayton@mayerbrown.com

September 19, 2024


*Counsel for Plaintiffs Echjay Forings Private Limited, Hilton Metal Forging Limited, Jai Auto Pvt. Ltd., Goodluck India Limited, Jay Jagdamba Forgings Private Limited, Jay Jagdamba Limited, Jay Jagdamba Profile Private Limited, Shree Jay Jagdamba Flanges Pvt. Ltd., Balkrishna Steel Forge Pvt. Ltd., Pradeep Metals Limited, and Bebitz Flanges Works Private Limited:*

/s/ Jeremy W. Dutra
JEREMY W. DUTRA
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW.
Washington, DC 20036
(202) 626-6237
Fax: (202) 626-6780
Email: jeremy.dutra@squirepb.com

September 19, 2024


*Counsel for Plaintiff Chandan Steel Limited:*

/s/ Peter J. Koenig
PETER J. KOENIG
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW.
Washington, DC 20036
(202) 626-6223

Fax: (202) 626-6780
Email: peter.koenig@squirepb.com

September 19, 2024

*Counsel for Defendant:*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/Geoffrey M. Long
GEOFFREY M. LONG
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC  20044
Tel. (202) 307-0159
Geoffrey.M.Long@usdoj.gov

September 19, 2024

4